**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              September 10, 2014
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 14-cv-00776-RPM

JOHN J. ROCKEY,                                              Robert J. Potrykus, Jr.

     Plaintiff,

v.

TRANSGUARD INSURANCE COMPANY OF AMERICA, INC.,               Terrence M. Ridley

     Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Protective Order**

**3:30 p.m.          Court in session.**

Court's preliminary remarks.

**ORDERED:**   Plaintiff's request for an urgent hearing [32] is granted by this setting.

Argument by Mr. Potrykus. [32]
Argument by Mr. Ridley.
Rebuttal argument by Mr. Potrykus.
Further argument by Mr. Ridley and Mr. Potrykus.

**ORDERED:**   **Mr. Potrykus may be disqualified as counsel for plaintiff with respect to the bad faith and unreasonable delay claims.**

     **No waiver of untimeliness with respect to the issue of disqualification by proceeding with depositions of deponents not involved with communications with counsel Mr. Potrykus regarding adjustment of the claim.**

     **Plaintiff's Motion for Protective Order and Urgent Hearing [32], is resolved.**

**4:01 p.m.          Court in recess.**

Hearing concluded.  Total time: 31 min.