IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00776-RPM

JOHN J. ROCKEY,

      Plaintiff,

vs.

TRANSGUARD INSURANCE COMPANY OF AMERICA, INC.,

      Defendant.
_____

ORDER OF DISMISSAL
_____

      Pursuant to the Stipulated Notice of Dismissal with Prejudice [38] filed today, it is

      ORDERED that this action is dismissed with prejudice, each party to bear their own costs and attorney fees.

      DATED: October 15th, 2014

                                    BY THE COURT:

                                    s/Richard P. Matsch

                                    _____
                                    Richard P. Matsch, Senior Judge